**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051
(603)882-5222

**ZACHARY C NEWHOUSE**
DEPARTMENT: 0300
DD RECEIPT: 1372182100
EMPLOYEE ID: ▬

Paycor
A Paychex® Company

FEIN: 04-3209664
Pay Period  12/01/2025 - 12/15/2025
Pay Date  12/15/2025

FITWH  Filing Status: S
NH

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 86.67 | 3,333.33 | 1,993.41 | 76,666.59 |
| HolENG | | | 400.00 | | 2,000.00 |
| DiscLocDif | | | 625.00 | | 14,375.00 |
| ENG OT | 85.00 | 11.50 | 977.50 | 312.50 | 25,057.50 |
| TravelDiff | | | 736.66 | | 15,188.18 |
| Bonus | | | | | 5,000.00 |
| **Total** | | 98.17 | $6,072.49 | 2,305.91 | $138,287.27 |
| **Total Hours Worked** | | 98.17 | | 2,305.91 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 182.17 | 3,783.89 |
| 401kRoth | | 243.10 |
| Dental | 15.75 | 362.25 |
| Medical | 111.67 | 2,568.41 |
| Vision | 2.69 | 61.87 |
| **Total** | $312.28 | $7,019.52 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 934.41 | 21,482.18 |
| MED | 86.16 | 1,961.82 |
| SOC | 368.43 | 8,388.31 |
| **Total** | $1,389.00 | $31,832.31 |

**Net Pay**  XXXXXX6965  $4,371.21

| Other Amount | CURRENT | YTD |
|---|---|---|
| HSA ER | 52.08 | 1,197.84 |
| DentER | 5.68 | 130.64 |
| MedicalER | 327.71 | 7,537.33 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051

Direct Deposit #  1372182100
Date  12/15/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **     VOID ** VOID **

10300    DD

Pay to the
Order of

**ZACHARY C NEWHOUSE**
4055 RIDGE AVE APT 6407
PHILADELPHIA PA 19129

DIRECT DEPOSIT  $4,371.21
TO ACCOUNT #  XXXXXX6965
BANK #  XXXXXX0137

**N O N - N E G O T I A B L E**

**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051
(603)882-5222

ZACHARY C NEWHOUSE
DEPARTMENT: 0300
DD RECEIPT: 1373607612
EMPLOYEE ID:



FEIN: 04-3209664
Pay Period  12/16/2025 - 12/31/2025
Pay Date    12/31/2025

FITWH   Filing Status: S
NH

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 86.67 | 3,333.33 | 2,080.08 | 79,999.92 |
| HolENG | | | | | 2,000.00 |
| DiscLocDif | | | 625.00 | | 15,000.00 |
| TravelDiff | | | 736.66 | | 15,924.84 |
| Bonus | | | | | 5,000.00 |
| ENG OT | | | | 312.50 | 25,057.50 |
| Total | | 86.67 | $4,694.99 | 2,392.58 | $142,982.26 |
| Total Hours Worked | | 86.67 | | 2,392.58 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 140.85 | 3,924.74 |
| 401kRoth | | 243.10 |
| Dental | 15.75 | 378.00 |
| Medical | 111.67 | 2,680.08 |
| Vision | 2.69 | 64.56 |
| Total | $270.96 | $7,290.48 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 623.87 | 22,106.05 |
| MED | 66.19 | 2,028.01 |
| SOC | 283.02 | 8,671.33 |
| Total | $973.08 | $32,805.39 |

Net Pay   XXXXXX6965   $3,450.95

| Other Amount | CURRENT | YTD |
|---|---|---|
| HSA ER | 52.08 | 1,249.92 |
| DentER | 5.68 | 136.32 |
| MedicalER | 327.71 | 7,865.04 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051

Direct Deposit #   1373607612
Date               12/31/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **         VOID ** VOID **

10300   DD

Pay to the
Order of

**ZACHARY C NEWHOUSE**
4055 RIDGE AVE APT 6407
PHILADELPHIA PA 19129

DIRECT DEPOSIT  $3,450.95
TO ACCOUNT #    XXXXXX6965
BANK #          XXXXXX0137

**N O N - N E G O T I A B L E**

**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051
(603)882-5222

ZACHARY C NEWHOUSE
DEPARTMENT: 0300
DD RECEIPT: 1375654817
EMPLOYEE ID:



FEIN: 04-3209664
Pay Period   01/01/2026 - 01/15/2026
Pay Date     01/15/2026

FITWH   Filing Status: S
PA      Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 86.67 | 3,541.67 | 86.67 | 3,541.67 |
| DiscLocDif |  |  | 625.00 |  | 625.00 |
| ENG OT | 85.00 | 28.50 | 2,422.50 | 28.50 | 2,422.50 |
| TravelDiff |  |  | 736.66 |  | 736.66 |
| **Total** |  | 115.17 | $7,325.83 | 115.17 | $7,325.83 |
| **Total Hours Worked** |  | 115.17 |  | 115.17 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k | 219.77 | 219.77 |
| Dental | 15.75 | 15.75 |
| Medical | 67.50 | 67.50 |
| Vision | 2.69 | 2.69 |
| **Total** | **$305.71** | **$305.71** |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 1,215.41 | 1,215.41 |
| MED | 104.98 | 104.98 |
| SOC | 448.87 | 448.87 |
| PA | 222.26 | 222.26 |
| PAEUC | 5.13 | 5.13 |
| PAPHIR | 273.99 | 273.99 |
| **Total** | **$2,270.64** | **$2,270.64** |

| Other Amount | CURRENT | YTD |
|---|---|---|
| HSA ER | 52.08 | 52.08 |
| DentER | 5.68 | 5.68 |
| MedicalER | 371.88 | 371.88 |

**Net Pay**   XXXXXX6965   $4,749.48

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051

Direct Deposit #  1375654817
Date  01/15/2026

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **       VOID ** VOID **

10300    DD

Pay to the
Order of

**ZACHARY C NEWHOUSE**
4055 RIDGE AVE APT 6407
PHILADELPHIA PA 19129

DIRECT DEPOSIT  $4,749.48
TO ACCOUNT #   XXXXXX6965
BANK #         XXXXXX0137

**N O N - N E G O T I A B L E**

**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051
(603)882-5222

ZACHARY C NEWHOUSE
DEPARTMENT: 0300
DD RECEIPT: 1377100402
EMPLOYEE ID:


Paycor
A Paychex Company

FEIN: 04-3209664
Pay Period   01/16/2026  -  01/31/2026
Pay Date     01/30/2026

FITWH    Filing Status: S
PA       Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 54.00 | 1,961.52 | 140.67 | 5,503.19 |
| HolENG |  |  | 400.00 |  | 400.00 |
| DiscLocDif |  |  | 346.14 |  | 971.14 |
| ENG OT | 85.00 | 72.00 | 6,120.00 | 100.50 | 8,542.50 |
| TravelDiff |  |  | 408.00 |  | 1,144.66 |
| **Total** |  | 126.00 | $9,235.66 | 241.17 | $16,561.49 |
| **Total Hours Worked** |  | 126.00 |  | 241.17 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401k |  | 219.77 |
| Dental | 15.75 | 31.50 |
| Medical | 67.50 | 135.00 |
| Vision | 2.69 | 5.38 |
| **Total** | $85.94 | $391.65 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 1,732.24 | 2,947.65 |
| MED | 132.67 | 237.65 |
| SOC | 567.28 | 1,016.15 |
| PA | 280.90 | 503.16 |
| PAEUC | 6.47 | 11.60 |
| PAPHIR | 345.41 | 619.40 |
| **Total** | $3,064.97 | $5,335.61 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| HSA ER | 52.08 | 104.16 |
| DentER | 5.68 | 11.36 |
| MedicalER | 371.88 | 743.76 |

**Net Pay**   XXXXXX6965   $6,084.75

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**GAME CREEK VIDEO, LLC**
23 EXECUTIVE DR
HUDSON NH 03051

Direct Deposit #  1377100402
Date              01/30/2026

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **    VOID ** VOID **

10300    DD

Pay to the Order of
**ZACHARY C NEWHOUSE**
4055 RIDGE AVE APT 6407
PHILADELPHIA PA 19129

DIRECT DEPOSIT  $6,084.75
TO ACCOUNT #    XXXXXX6965
BANK #          XXXXXX0137

**N O N - N E G O T I A B L E**



Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID:
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Zachary Newhouse | Comcast (CC) of Willow Grove | | 10629320 | 02/01/2026 | 02/14/2026 | 02/20/2026 | |
| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | | **Net Pay** |
| Current | 80.00 | 4,230.77 | 221.10 | 1,135.85 | 0.00 | | **2,873.82** |
| YTD | 80.00 | 4,230.77 | 221.10 | 1,135.85 | 0.00 | | **2,873.82** |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Regular Pay - Salary | 02/02/2026 - 02/14/2026 | 80 | 52.88 | 4,230.77 | 4,230.77 |
| Earnings | | | | 4,230.77 | 4,230.77 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 249.03 | 249.03 |
| Medicare | 58.24 | 58.24 |
| Federal Withholding | 544.03 | 544.03 |
| State Tax - PA | 123.10 | 123.10 |
| SUI-Employee Paid - PA | 2.96 | 2.96 |
| City Tax - PHILA | 158.49 | 158.49 |
| Employee Taxes | 1,135.85 | 1,135.85 |

| Pre-tax Deductions | | | |
|---|---|---|---|
| Description | Rate | Amount | YTD |
| Dental | | 6.13 | 6.13 |
| Dental Retro Pretax | | 6.13 | 6.13 |
| Health Care Reimb Acct | | 25.00 | 25.00 |
| Medical | | 89.60 | 89.60 |
| Medical Retro Pretax | | 89.60 | 89.60 |
| Vision | | 2.32 | 2.32 |
| Vision Retro Pretax | | 2.32 | 2.32 |
| Pre-tax Deductions | | 221.10 | 221.10 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Retro Taxable GTL | 3.45 | 3.45 |
| Taxable GTL | 3.45 | 3.45 |
| Taxable Non-Cash Event | 6.90 | 6.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JPMORGAN CHASE BANK, NA | Chase | ******6965 | | 2,873.82   USD |



Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID:
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Zachary Newhouse | Comcast (CC) of Willow Grove | 10629320 | 02/15/2026 | 02/28/2026 | 03/06/2026 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 4,230.77 | 123.05 | 1,166.77 | 3.45 | **2,937.50** |
| YTD | 160.00 | 8,461.54 | 344.15 | 2,302.62 | 3.45 | **5,811.32** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay - Salary | 02/15/2026 - 02/28/2026 | 80 | 52.88 | 4,230.77 | 8,461.54 |
| Earnings | | | | 4,230.77 | 8,461.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 254.89 | 503.92 |
| Medicare | 59.61 | 117.85 |
| Federal Withholding | 564.84 | 1,108.87 |
| State Tax - PA | 126.11 | 249.21 |
| SUI-Employee Paid - PA | 2.96 | 5.92 |
| City Tax - PHILA | 158.36 | 316.85 |
| Employee Taxes | 1,166.77 | 2,302.62 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Dental | | 6.13 | 12.26 |
| Dental Retro Pretax | | | 6.13 |
| Health Care Reimb Acct | | 25.00 | 50.00 |
| Medical | | 89.60 | 179.20 |
| Medical Retro Pretax | | | 89.60 |
| Vision | | 2.32 | 4.64 |
| Vision Retro Pretax | | | 2.32 |
| Pre-tax Deductions | | 123.05 | 344.15 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Personal (Accident Personal) | | 2.10 | 2.10 |
| Personal (CritCare Personal) | | 1.35 | 1.35 |
| Post-tax Deductions | | 3.45 | 3.45 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Retro Taxable GTL | | 3.45 |
| Taxable GTL | 3.45 | 6.90 |
| Taxable Non-Cash Event | 3.45 | 10.35 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PHILA FED C U | PFCU | ******8556 | | 2,937.50 USD |