## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Zachary C. Newhouse, | Case No. 25-11046-DJB |
| | Chapter 13 |
| *Debtor*. | |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Date:

June 10, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Aidvantage
Attn: Bankruptcy
1891 Metro Center Dr
Reston, VA 20190-5287

Mohela/dofed
Po Box 300001
Greenville, TX 75403

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Sofi Lending Corp/Mohela
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243

Goldman Sachs Bank USA
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

Synchrony Bank/Gap
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

## Method of Service - Certified Mail

**Capital One Auto Finance**
Attn: Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102

**Harley Davidson Financial**
Attn: Artie Starrs, CEO
3700 W. Juneau Avenue
Milwaukee, WI 53208