United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Zachary C. Newhouse

    Debtor

Case No. 26-11046-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary C. Newhouse, 4055 Ridge Avenue Apt 6407, Philadelphia, PA 19129-1592 |
| 15115297 | | Alexa D'Apointe, 4055 Ridge Ave Apt 6407, Philadelphia, PA 19129-1592 |
| 15115298 | | Ann Hoffman, 3682 Loretta Ave, Jackson, MI 49201-8629 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15115295 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2026 02:20:06 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15115296 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 17 2026 02:20:12 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15151592 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 17 2026 02:20:04 | Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 15115299 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2026 02:20:13 | Capital One Auto Finance, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15117331 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2026 02:20:13 | Capital One Auto Finance, a division, of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15116565 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2026 02:20:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15122778 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2026 02:19:58 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15115300 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2026 02:19:57 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15115301 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2026 02:20:14 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15115302 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 17 2026 02:18:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15115303 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 17 2026 02:18:00 | Harley Davidson Financial, Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 15144844 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 17 2026 02:17:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 15115304 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2026 02:18:00 | Internal Revenue Service, Centralized Insolvency |

District/off: 0313-2                          User: admin                                      Page 2 of 2

Date Rcvd: Jul 16, 2026                    Form ID: 155                              Total Noticed: 23

| | | | |
|---|---|---|---|
| | | | Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15135783 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 17 2026 02:18:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15124213 | + Email/Text: RASEBN@raslg.com | Jul 17 2026 02:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15115307 | Email/Text: EBN@Mohela.com | Jul 17 2026 02:18:00 | Sofi Lending Corp/Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15115305 | ^ MEBN | Jul 17 2026 02:17:25 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15115306 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 17 2026 02:18:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15144040 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2026 02:19:58 | Sofi Consumer Loan Program 2026-1 Grantor Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15115308 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2026 02:20:05 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
                                  on behalf of Debtor Zachary C. Newhouse help@cibiklaw.com
                                  noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Zachary C. Newhouse | ) | Case No. 26–11046–djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 16, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court