B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  ZACHARY C NEWHOUSE            ,              Case No.  2-26-BK-11046

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LVNV Funding LLC                                    SOFI CONSUMER LOAN PROGRAM 2026-1 GRANTOR
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known):  4
should be sent: LVNV Funding LLC                     Amount of Claim:  47,812.27
        PO Box 10587                                 Date Claim Filed:  5/18/2026
        Greenville SC 29603-0587

Phone:  (877) 264-5884                               Phone:
Last Four Digits of Acct #:  9132                    Last Four Digits of Acct. #:  9132

Name and Address where transferee payments
should be sent (if different from above):
        Resurgent Capital Services
        PO Box 10587
        Greenville, SC  29603-0587
Phone:  (877) 264-5884
Last Four Digits of Acct #:  9132

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Lamb                                   Date: 7/23/2026
        Transferee/Transferee's Agent
        (877) 264-5884

        AskBK@resurgent.com

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.